[No. 4833.]

## JOHN BONNER *v.* W. P. QUACKENBUSH.

Review of Evidence.—The Court will not review the evidence if, in the bill of exceptions, there is no specification of the particulars in which the evidence is alleged to be insufficient to justify the findings and decision.

Abandoning an Alleged Error.—If an alleged error of law, specified in the bill of exceptions, is not relied on in an argument nor in the brief of counsel, the Court will infer that it has been abandoned as untenable.

Appeal from the County Court, County of Sonoma.

Action of forcible entry and detainer. The plaintiff recovered judgment, and the defendant appealed. The case came up on a bill of exceptions, which was settled on the 17th day of December, 1874.

*McCullough & Maslin,* for the Appellant.

*Temple & Johnson,* for the Respondent.

By the Court:

In the bill of exceptions there is no specification of the

particulars in which the evidence is insufficient to justify the findings and decision of the court. We cannot, therefore, review the evidence nor inquire whether it supports the findings; and assuming the findings to be correct, they fully support the judgment. The only alleged error in law specified in the bill of exceptions has not been relied upon in argument here, nor in the brief of counsel, and we infer has been abandoned as untenable.

Judgment affirmed. Remittitur forthwith.